UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

2 6 cr 76 MJD | DLM

UNITED STATES OF AMERICA,

Plaintiff,

v.

SAGE UGENE APPLE,

Defendant.

**INDICTMENT**

18 U.S.C. § 111(a)(1)
18 U.S.C. § 111(b)

THE UNITED STATES GRAND JURY CHARGES THAT:

**Count One**
(Assault on a Federal Officer Resulting in Bodily Injury)

On or about January 12, 2026, in the State and District of Minnesota, the defendant,

**SAGE UGENE APPLE**,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer and employee of the United States and of any agency in any branch of the United States Government (including any member of the uniformed services), that is, an agent from Enforcement and Removal Operations, while such officer and employee was engaged in and on account of the performance of his official duties, and such acts involved physical contact with the victim and inflicted bodily injury, all in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

A TRUE BILL

_____
UNITED STATES ATTORNEY

_____
FOREPERSON

SCANNED
APR 0 7 2026
U.S. DISTRICT COURT MPLS