UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 26-CR-76 (MJD/DLM) |
| | ) | |
| v.                Plaintiff, | ) | |
| | ) | **STATEMENT OF FACTS IN SUPPORT** |
| SAGE UGENE APPLE, | ) | **OF EXCLUSION OF TIME UNDER THE** |
| | ) | **SPEEDY TRIAL ACT** |
| Defendant. | ) | |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Sage Apple, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act. I need additional time to consult with my attorney and review discovery. Based on the above facts, I request that the period-of-time from now until 30 days be excluded from the time in which I would otherwise have to be brought to trial on my case. I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated:    May 19, 2026

*s/ Jean Brandl for Sage Apple*
SAGE APPLE
Defendant

Dated:    May 19, 2026

*s/ Jean Brandl*

JEAN BRANDL
Attorney ID No.: 0387260
Attorney for Mr. Apple
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415